UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
NOVAK, SALLY M                      §       Case No. 11-36374
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 South Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/30/2013 in Courtroom ,
          Joliet City Hall
          150 West Jefferson, 2nd Floor
          Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/23/2013                    By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
NOVAK, SALLY M § Case No. 11-36374
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 40,000.00 |
| and approved disbursements of | $ | 36,759.73 |
| leaving a balance on hand of[1] | $ | 3,240.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,724.83 | $ 0.00 | $ 1,724.83 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 15.44 | $ 0.00 | $ 15.44 |
| Attorney for Trustee Fees: PHILIP J SCHMIDT | $ 13,333.33 | $ 13,333.33 | $ 0.00 |
| Other: PHILIP J SCHMIDT | $ 2,768.07 | $ 2,768.07 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $   1,740.27
Remaining Balance   $   1,500.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,108.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 11,154.70 | $ 0.00 | $ 1,038.71 |
| 000002 | FIA CARD SERVICES NA as successor to | $ 4,953.84 | $ 0.00 | $ 461.29 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,500.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                                   Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 11-36374-BWB
Sally M Novak                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer              Page 1 of 2          Date Rcvd: Jul 24, 2013
                              Form ID: pdf006            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2013.
```
db         +Sally M Novak,   25613 Shoal Creek Dr,    Monee, IL 60449-8567
aty        +Philip J Schmidt,    221 N Lasalle St,   Chicago, IL 60601-1206
17763901   +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
17763902   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18325182    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17763903   +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
18392477    FIA CARD SERVICES NA as successor to,    Bank of America NA(USA)and,    MBNA America Bk NA,
             PO Box 15102,    Wilmington DE 19886-5102
17763904   +Harris N.a.,    Attn: Bankruptcy,   3800 Golf Rd Ste. 300/Po Box 8759,
             Rolling Meadows, IL 60008-8759
17763905   +Rnb-fields3,   Po Box 9475,    Minneapolis, MN 55440-9475
17763906   +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
             Minneapolis, MN 55440-9475
17763907   +Tnb-Visa (TV),    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
             Minneapolis, MN 55440-9475
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17763900   ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
```
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2013**                    **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: tmaurer              Page 2 of 2              Date Rcvd: Jul 24, 2013
                              Form ID: pdf006            Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2013 at the address(es) listed below:
         Nathan C Volheim    on behalf of Debtor Sally M Novak courtinfo@sulaimanlaw.com, nvolheim@sulaimanlaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
         Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
                                                                                      TOTAL: 4