UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
NOVAK, SALLY M § Case No. 11-36374
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Peter N. Metrou, Trustee _____
                                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SALLY M. NOVAK |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Manhattan Attn: Bankruptcy Research Dept 3415 Vision Dr Columbus, OH 43219 |  |  |  |  |  |
|  | Harris N.a. Attn: Bankruptcy 3800 Golf Rd Ste. 300/Po Box 8759 Rolling Meadows, IL 60008 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allstate | | | | | |
| | Ingalls Hospital | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| SCHMIDT, PHILIP J | | | | | |
| SCHMIDT, PHILIP J. | | | | | |
| SCHMIDT, PHILIP J | | | | | |
| SCHMIDT, PHILIP J. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Harris N.a. Attn: Bankruptcy 3800 Golf Rd Ste. 300/Po Box 8759 Rolling Meadows, IL 60008 | | | | | |
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target Credit Card (TC) C/O Financial & Retail Services Mailstop BT P.O. Box 9475 Minneapolis, MN 55440 | | | | | |
| | Tnb-Visa (TV) C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | FIA CARD SERVICES NA AS SUCCESSOR T | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: 11-36374 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: NOVAK, SALLY M | Date Filed (f) or Converted (c): | 09/06/11 (f) |
| | 341(a) Meeting Date: | 09/29/11 |
| For Period Ending: 11/07/13 | Claims Bar Date: | 03/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at Location: 25613 Shoal Cre | 24,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Checking account with Harris Bank | 950.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 3. Miscellaneous used household goods | 500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 4. Miscellaneous used clothing | 300.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 5. American General Life Insurance Cash Surrender V | 2,375.88 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 6. Monthly Pension Distributions | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 7. 2010 Tax Refund: 515.00 Per Tax Return Spent on | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Pending Personal Injury Claim stemming from Car | Unknown | 0.00 | | 40,000.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 9. VOID | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 10. 2009 Ford Escape, 24,000 miles Value Per KBB, PP | 10,935.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 11. VOID | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $39,060.88     $0.00     $40,000.00     $0.00

(Total Dollar Amount in Column 6)

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.03a

Case 11-36374   Doc 39   Filed 11/26/13   Entered 11/26/13 14:42:46   Desc Main
Document   Page 8 of 10

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-36374   BWB   Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | NOVAK, SALLY M | Date Filed (f) or Converted (c): | 09/06/11 (f) |
| | | 341(a) Meeting Date: | 09/29/11 |
| | | Claims Bar Date: | 03/15/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settlement checks rec'd 6-19-13

Initial Projected Date of Final Report (TFR): 12/01/12     Current Projected Date of Final Report (TFR): 09/30/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-36374 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | NOVAK, SALLY M | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******1047 Checking Account |
| Taxpayer ID No: | *******7049 | | |
| For Period Ending: | 11/07/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/13 | 8 | Illinois Farmers Insurance Company<br>2500 South Fifth Avenue<br>Pocatello, ID 83204 | Settlement | | 34,341.67 | | 34,341.67 |
| | | | Memo Amount: ( 3,333.33 )<br>Allstate | 4210-000 | | | |
| | | | Memo Amount: ( 2,325.00 )<br>Ingalls Hospital | 4210-000 | | | |
| | | | Memo Amount: 40,000.00<br>Settlement - Farmers | 1242-000 | | | |
| 07/02/13 | 001001 | SALLY M. NOVAK | DEBTOR EXEMPTION<br>PER 6/18/13 O/C | 8100-000 | | 15,000.00 | 19,341.67 |
| 07/02/13 | 001002 | PHILIP J. SCHMIDT<br>11 S LaSALLE STREET<br>CHICAGO, IL 60603 | SPECIAL COUNSEL FEES<br>PER 6-18-13 O/C | 3210-000 | | 13,333.33 | 6,008.34 |
| 07/02/13 | 001003 | PHILIP J. SCHMIDT<br>11 S LaSALLE STREET<br>CHICAGO, IL 60603 | SPECIAL COUNSEL REIMB EXP<br>PER 6-18-13 O/C | 3220-000 | | 2,768.07 | 3,240.27 |
| 09/03/13 | 001004 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 1,740.27 | 1,500.00 |
| | | | Fees 1,724.83 | 2100-000 | | | |
| | | | Expenses 15.44 | 2200-000 | | | |
| 09/03/13 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 9.31186% | 7100-900 | | 1,038.71 | 461.29 |
| 09/03/13 | 001006 | FIA CARD SERVICES NA as successor to<br>Bank of America NA(USA)and | Claim 000002, Payment 9.31177% | 7100-900 | | 461.29 | 0.00 |
| | | | Page Subtotals | | 34,341.67 | 34,341.67 | |

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-36374 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | NOVAK, SALLY M | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******1047 Checking Account |
| Taxpayer ID No: | *******7049 | | |
| For Period Ending: | 11/07/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MBNA America Bk NA<br>PO Box 15102<br>Wilmington DE 19886-5102 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 40,000.00 | COLUMN TOTALS | 34,341.67 | 34,341.67 | 0.00 |
| Memo Allocation Disbursements: | 5,658.33 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 34,341.67 | 34,341.67 | |
| Memo Allocation Net: | 34,341.67 | Less: Payments to Debtors | | 15,000.00 | |
| | | Net | 34,341.67 | 19,341.67 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 40,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 5,658.33 | Checking Account - *******1047 | 34,341.67 | 19,341.67 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 34,341.67 | | 34,341.67 | 19,341.67 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*